UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-33105 |
| | § | |
| ABLE RADIO CORPORATION | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $98,495.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $231,848.48 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $195,152.69 | | |

3) Total gross receipts of $703,001.17 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $276,000.00 (see **Exhibit 2**), yielded net receipts of $427,001.17 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $195,152.69 | $195,152.69 | $195,152.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,062,746.00 | $13,607,278.00 | $13,607,278.00 | $231,848.48 |
| **Total Disbursements** | $2,062,746.00 | $13,802,430.69 | $13,802,430.69 | $427,001.17 |

4). This case was originally filed under chapter 7 on 05/22/2013. The case was pending for 58 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/20/2018</u>     By: <u>  /s/ Rodney D. Tow  </u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Aguila, AZ FCC Construction Permit Facility ID No. 170953 Permit File No. BNPH-20070403ACO Valued at Cost. | 1129-000 | $703,001.17 |
| **TOTAL GROSS RECEIPTS** | | **$703,001.17** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ENTRAVISION COMMUNICATION CORP. | Funds to Third Parties | 8500-002 | $100,000.00 |
| JMRW, LLC | Funds to Third Parties | 8500-002 | $100,000.00 |
| The Bankruptcy Estate of Ace Radio Corporation | Funds to Third Parties | 8500-002 | $76,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$276,000.00** |

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rodney D. Tow, Trustee | 2100-000 | NA | $24,600.06 | $24,600.06 | $24,600.06 |
| Rodney Tow, Trustee, Trustee | 2200-000 | NA | $77.23 | $77.23 | $77.23 |
| George Adams & Co. | 2300-000 | NA | $71.54 | $71.54 | $71.54 |
| International Sureties | 2300-000 | NA | $209.78 | $209.78 | $209.78 |
| Green Bank | 2600-000 | NA | $12,517.45 | $12,517.45 | $12,517.45 |
| Integrity Bank | 2600-000 | NA | $950.06 | $950.06 | $950.06 |
| Federal Communications Commission | 2990-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| Wiley Rein LLP | 2990-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Tow & Koenig, PLLC, Attorney for Trustee | 3110-000 | NA | $22,769.35 | $22,769.35 | $22,769.35 |
| Tow & Koenig, | 3120-000 | NA | $270.36 | $270.36 | $270.36 |

| | | | | | |
|---|---|---|---|---|---|
| PLLC, Attorney for Trustee | | | | | |
| Cooper & Scully, PC, Attorney for Trustee | 3210-000 | NA | $13,392.50 | $13,392.50 | $13,392.50 |
| Wiley Rein LLP, Special Counsel for Trustee | 3210-600 | NA | $84,264.00 | $84,264.00 | $84,264.00 |
| Cooper & Scully, PC, Attorney for Trustee | 3220-000 | NA | $477.60 | $477.60 | $477.60 |
| Wiley Rein LLP, Special Counsel for Trustee | 3220-610 | NA | $4,711.61 | $4,711.61 | $4,711.61 |
| WILLIAM G. WEST, P.C., Accountant for Trustee | 3410-000 | NA | $9,019.18 | $9,019.18 | $9,019.18 |
| WILLIAM G. WEST, P.C., Accountant for Trustee | 3420-000 | NA | $96.97 | $96.97 | $96.97 |
| The Proctor Group, Inc., Auctioneer for Trustee | 3610-000 | NA | $16,625.00 | $16,625.00 | $16,625.00 |
| JMRW, LLC, Appraiser for Trustee | 3711-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $195,152.69 | $195,152.69 | $195,152.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Matinee Media Corporation | 7100-000 | $0.00 | $7,455,225.00 | $7,455,225.00 | $127,026.33 |
| 2 | Matinee Media Corporation | 7100-000 | $0.00 | $6,152,053.00 | $6,152,053.00 | $104,822.15 |
| | Ace Radio Corporation | 7100-000 | $2,034,547.00 | $0.00 | $0.00 | $0.00 |
| | Stephen M. Hackerman | 7100-000 | $17,068.00 | $0.00 | $0.00 | $0.00 |
| | Wiley Rein, LLP | 7100-000 | $11,131.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,062,746.00 | $13,607,278.00 | $13,607,278.00 | $231,848.48 |

UST Form 101-7-TDR (10/1/2010)

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-33105-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | ABLE RADIO CORPORATION | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 3/20/2018 | §341(a) Meeting Date: | 06/14/2013 |
| | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Aguila, AZ FCC Construction Permit Facility ID No. 170953 Permit File No. BNPH-20070403ACO Valued at Cost. | $1,659,000.00 | $703,001.17 | | $703,001.17 | FA |
| 2  Aguila, AZ Construction Work in Progress FCC Facility ID No. 170953 Permit File No. BNPH-20070403ACO Valued at Cost. | $98,495.00 | $98,495.00 | | $0.00 | FA |

**TOTALS** (Excluding unknown value)    **Gross Value of Remaining Assets**

$1,757,495.00    $801,496.17    $703,001.17    $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/05/2018 | JW-ISENT AN E-MAIL TO MANTITEE'S ATTORNEY TO ASK IF THE CHECKS HAVE BEEN RECEIVED. ADVISED HIM THEY ARE STILL OUTSTANDING. |
| 09/30/2017 | JW-WE ARE WAITING FOR ALL CHECKS TO CLEAR. ONCE THEY CLEAR THE TRUSTEE WILL SUBMIT HIS TDR. |
| 08/08/2017 | JW-ORDER APPROVING TRUSTEE'S FEE APPLICATION WAS ENTERED |
| 07/13/2017 | JW-THE UST APPROVED THE TRUSTEE'S TFR AND FILED IT WITH THE COURT |
| 06/23/2017 | JW-TRUSTEE FILED A REPORT OF SALE |
| 04/25/2017 | JW-TRUSTEE SUBMITTED HIS TFR TO THE UST FOR REVIEW |
| 06/22/2016 | JW-THE COURT DENIED RECONSIDERATION OF SECOND AND FINAL FEE APPLICATION OF MANTITEE MEDIA CORPORATION |
| 03/10/2016 | JW-I AM READY TO CLOSE THIS CASE. THE ONLY OUTSTANDING ITEM IS APPROVAL OF WILEY REIN'S FINAL FEE APPLICATION. THERE IS A HEARING SET FOR 3/22/2016. |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 13-33105-H5-7 | | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|---|
| Case Name: | ABLE RADIO CORPORATION | | | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 3/20/2018 | | | §341(a) Meeting Date: | 06/14/2013 |
| | | | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/11/2015   RT email to JW, JK, BW

Julie,

There is only one creditor in the Able case so the TFR should be simple. We have liquidated all assets. Can you see what we need to close this estate asap?

Bill,

We need you to prep final tax returns and your final fee application.

Julie K,

You need to get your final fee application on file.


Rodney Tow
Rodney Tow, PLLC
(mail only)
2211 Rayford Road, Ste. 111-238
Spring, TX  77386
(281) 429-8300

Please be advised that nothing in this e-mail is intended to establish an attorney-client relationship absent a signed agreement between this law firm and the proposed client.This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

10/22/2015   JW-Supplemental Application for Compensation for Cooper &Scully, PC, Attorney, Period: 4/3/2015 to 9/10/2015, Fee: $2312.50, Expenses: $99.12. Objections/Request for Hearing Due in 21 days

10/01/2015   JW-Assets 1 and 2 have been sold.  We closed on the transaction in October,

09/14/2015   JW-Order Granting Expedited Amended Motion To Pay (Related Doc # 123) Signed on 9/14/2015.

09/10/2015   JW-Amended Motion for Expedited Consideration (related document(s):122 Motion for Expedited Consideration, Motion to Pay)., in addition to Motion to Pay . Objections/Request for Hearing Due in 21 days. Filed by Trustee Rodney D Tow

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-33105-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | ABLE RADIO CORPORATION | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 3/20/2018 | §341(a) Meeting Date: | 06/14/2013 |
| | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 09/08/2015 | JW-Motion for Expedited Consideration., in addition to Motion to Pay FCC Regulatory Fees. Objections/Request for Hearing Due in 21 days. Filed by Trustee Rodney D Tow |
| 06/25/2015 | JW-Order Granting First and Final Application For Compensation (Related Doc # 118). Granting for William G West, fees awarded: $9019.18, expenses awarded: $96.97 |
| 05/15/2015 | JW-Application for Compensation FIRST AND FINAL for William G West, Accountant, Period: 6/21/2014 to 5/7/2015, Fee: $9,019.18, Expenses: $96.97. Objections/Request for Hearing Due in 21 days. Filed by Attorney William G West Hearing scheduled for 6/25/2015 at 09:30 AM at Houston, Courtroom 403 (KKB). |
| 04/30/2015 | JW-Order Granting First and Final Application For Compensation (Related Doc # 113). Granting for Cooper & Scully, PC, fees awarded: $11080.00, expenses awarded: $378.48 |
| 04/07/2015 | JW-Order Approving Sale Free and Clear of All Liens, Claims, and Encumbrances (Related Doc # 105) Signed on 4/7/2015. |
| 04/07/2015 | JW-Final Application for Compensation for Cooper & Scully, PC, Trustee's Attorney, Period: 12/3/2014 to 4/2/2015, Fee: $11,080.00, Expenses: $378.48. Objections/Request for Hearing Due in 21 days. Filed by Attorney Julie Mitchell Koenig Hearing scheduled for 4/30/2015 at 09:30 AM at Houston, Courtroom 403 |
| 03/10/2015 | JW-Order Approving Auction Process (Related Doc # 105) Signed on 3/10/2015. |
| 02/26/2015 | JW-Order Resetting Hearing Signed on 2/26/2015 (Related document(s):105 Motion to Sell). Hearing reset to 3/10/2015 at 02:30 PM at Houston, Courtroom 403 (KKB). |
| 02/16/2015 | JW-Motion to Sell Aguila, AZ Construction Permit Free and Clear of Liens as Described in Section 363(f). Objections/Request for Hearing Due in 21 days. Fee Amount $176. Filed by Trustee Rodney D Tow Hearing scheduled for 3/9/2015 at 10:00 AM at Houston, Courtroom 403 (KKB). |
| 01/29/2015 | JW-Order Granting Application For Compensation (Related Doc # 97) Signed on 1/29/2015. |
| 01/20/2015 | JW-ADVERSARY CASE 13-3167 WAS CLOSED. |
| 01/15/2015 | JW-ORDER GRANTING APPLICATION TO EMPLOY COOPER & SCULLY WAS APPROVED. |
| 01/06/2015 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY COOPER & SCULLY, PC. |
| 12/23/2014 | JW-FINAL APPLICATION FOR COMPENSATION OF TOW & KOENIG, PLLC WAS FILED. |
| 12/11/2014 | JW-ORDER APPROVING WILEY REIN, LLP'S FEE APPLICATION WAS APPROVED. |
| 12/03/2014 | JW-ORDER AUTHORIZING EMPLOYMENT AND PAYMENT OF THE PROCTOR GROUP WAS APPROVED. |
| 10/31/2014 | JW-TRUSTEE FILED AN INTERIM APPLICATION TO PAY COMPENSATION FOR WILEY REIN, LLP. |
| 10/22/2014 | JW-ORDER AUTHORIZING NUNC PRO TUNC PAYMENT WAS APPROVED. |
| 09/26/2014 | JW-TRUSTEE FILED HIS EXHIBIT AND WITNESS LIST. |
| 09/23/2014 | JW-TRUSTEE FILED A MOTION TO PAY NUNC PRO TUNC. |
| 09/12/2014 | JW-ORDER GRANTING MOTION TO CONSOLIDATE CASES WAS ENTERED. |
| 09/03/2014 | JW-ORDER AUTHORIZNG EMPLOYMENT OF ACCOUNTANT WAS ENTERED. |
| 07/30/2014 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY ACCOUNTANT. |
| 07/29/2014 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY THE PROCTOR GROUP AS AUCTIONEER. |
| 07/15/2014 | JW-COURT APPROVED TRUSTEE'S MOTION TO SELL. |
| 07/07/2014 | JW-TRUSTEE FILED MOTION TO SELL PERSONAL PROPERTY. |
| 05/23/2014 | JW-TRUSTEE FILED A MOTION TO CONSOLIDATE ABLE AND ACE. |
| 05/22/2014 | JW-TOW & KOENIG'S FEE APPLICATION WAS APPROVED. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  4                    Exhibit 8

| Case No.: | 13-33105-H5-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | ABLE RADIO CORPORATION | Date Filed (f) or Converted (c): | 05/22/2013 (f) |
| For the Period Ending: | 3/20/2018 | §341(a) Meeting Date: | 06/14/2013 |
| | | Claims Bar Date: | 01/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/16/2014 | JW-TOW & KOENIG FILED AN INTERIM FEE APPLICATION. |
| 04/11/2014 | JW-ORDER APPROVING SALE WAS ENTERED. |
| 03/04/2014 | JW-ORDER APPROVING AUCTION PROCESS WAS ENTERED. |
| 02/11/2014 | JW-ORDER APPROVING EMPLOYMENT OF APPRAISER WAS ENTERED. |
| 01/29/2014 | JW-TRUSTEE FILED AN APPLICATION TO COMPROMISE CONTROVERSY SUBJECT TO APPROVAL OF TRUSTEE'S AMENDED MOTION TO SELL. |
| 01/29/2014 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY AN APPRAISER. |
| 01/24/2014 | JK - Schedule B #23 - selling - Amended Motion to Sell pending; #25 - selling with #23. |
| 12/16/2013 | JW-TRUSTEE FILED A MOTION TO AMEND MOTION TO SELL. |
| 12/02/2013 | JW-ORDER APPROVING TK WAS APPROVED. |
| 11/27/2013 | JW-TRUSTEE FILED MOTION TO SELL PERSONAL PROPERTY |
| 10/15/2013 | JW-TRUSTEE FILED NOTICE OF ASSETS |
| 10/07/2013 | JW-TRUSTEE FILED APPLICATION TO EMPLOY TK AS GENERAL COUNSEL |
| 09/13/2013 | JW-COURT APPROVED EMPLOYMENT OF SPECIAL COUNSEL. |
| 09/05/2013 | JW-ORDER GRANTING MOTION FOR JOINT ADMINISTRATION WAS ENTERED. |
| 07/30/2013 | RT Notes:  Call from Jeff Leiberman 323-900-6393 Entravision |
| 07/23/2013 | JW-TRUSTEE FILED A COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY. |
| 07/18/2013 | JW-MOTION FOR JOINT ADMINISTRATION WAS FILED. |
| 07/18/2013 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY WILEY REIN LLP AS SPECIAL COUNSEL. |
| 06/28/2013 | RT 341 Noter--Aguila value--Hackerman says Spectrum and Matinee and Lipp can help on value.  Introvision has opposed this permit so that suggests some value.  Robert Walker--the value is based on population coverage within the signal strength.  To maximize value requires engineering and construction.  Opinion is coverage is about 61,000 people.  But there will be difficulty in gettting a sight to build on.  Introvision has opposed and intends to take it to DC circuit court.   Barney may have research on how we can sell this free and clear of Introvision. |
| 06/26/2013 | N.O. Received copies of tax returns for 2011 & 2012, I have never checked business tax returns,please check.Did not receive any Bank Statements. Received questionnaire. |
| 05/29/2013 | N.O. The Attorney B.Skelton called for a reset from 6/14/13 ,I reset for 6/28/13 @ 1:00 & reminded him to renotice. |

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/28/2015 | **Current Projected Date Of Final Report (TFR):** | 03/15/2017 | /s/ RODNEY TOW |
| | | | | RODNEY TOW |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-33105-H5-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | ABLE RADIO CORPORATION | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8029 | | Checking Acct #: | ******3105 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | Green Bank | Transfer Funds | 9999-000 | $257,475.83 | | $257,475.83 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $160.76 | $257,315.07 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $374.87 | $256,940.20 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $414.43 | $256,525.77 |
| 09/19/2017 | 5001 | Rodney D. Tow | Trustee Compensation | 2100-000 | | $24,600.06 | $231,925.71 |
| 09/19/2017 | 5002 | Rodney Tow, Trustee | Trustee Expenses | 2200-000 | | $77.23 | $231,848.48 |
| 09/19/2017 | 5003 | Matinee Media Corporation | Distribution on Claim #: 1; | 7100-000 | | $127,026.33 | $104,822.15 |
| 09/19/2017 | 5004 | Matinee Media Corporation | Distribution on Claim #: 2; | 7100-000 | | $104,822.15 | $0.00 |
| 01/03/2018 | 5003 | VOID: Matinee Media Corporation | | 7100-003 | | ($127,026.33) | $127,026.33 |
| 01/03/2018 | 5004 | VOID: Matinee Media Corporation | | 7100-003 | | ($104,822.15) | $231,848.48 |
| 01/03/2018 | 5005 | Matinee Media Corporation | Distribution on Claim #: 2; | 7100-000 | | $104,822.15 | $127,026.33 |
| 01/03/2018 | 5006 | Matinee Media Corporation | Distribution on Claim #: 1; | 7100-000 | | $127,026.33 | $0.00 |
| | | | TOTALS: | | $257,475.83 | $257,475.83 | $0.00 |
| | | | Less: Bank transfers/CDs | | $257,475.83 | $0.00 | |
| | | | Subtotal | | $0.00 | $257,475.83 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $257,475.83 | |

| For the period of 5/22/2013 to 3/20/2018 | | For the entire history of the account between 01/20/2017 to 3/20/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $257,475.83 | Total Internal/Transfer Receipts: | $257,475.83 |
| | | | |
| Total Compensable Disbursements: | $257,475.83 | Total Compensable Disbursements: | $257,475.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $257,475.83 | Total Comp/Non Comp Disbursements: | $257,475.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-33105-H5-7 | | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ABLE RADIO CORPORATION | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8029 | | | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 5/22/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2014 | (1) | JMRW LLC | These funds need to be transfered to Ace and attached to asset #5 | 1129-000 | $76,000.00 | | $76,000.00 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.86 | $75,988.14 |
| 02/28/2014 | 3001 | The Bankruptcy Estate of Ace Radio Corporation | Funds being returned to correct estate. | 8500-002 | | $76,000.00 | ($11.86) |
| 03/03/2014 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($11.86) | $0.00 |
| 09/24/2014 | (1) | The Bankruptcy Estate of Ace Radio Corporation | 9/12/2014 #72 | 1129-000 | $94,501.17 | | $94,501.17 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $34.43 | $94,466.74 |
| 09/30/2014 | 3002 | Tow & Koenig, PLLC | 5/22/2014 #56 | 3110-000 | | $11,237.25 | $83,229.49 |
| 09/30/2014 | 3003 | Tow & Koenig, PLLC | 5/22/2014 #56 | 3120-000 | | $153.00 | $83,076.49 |
| 10/08/2014 | 3004 | George Adams & Co. | Bond Payment | 2300-000 | | $71.54 | $83,004.95 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $142.65 | $82,862.30 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $120.77 | $82,741.53 |
| 12/10/2014 | 3005 | Wiley Rein LLP | Filing Fee | 2990-000 | | $1,050.00 | $81,691.53 |
| 12/11/2014 | 3006 | Wiley Rein LLP | 12/11/2014 #95 | 3210-600 | | $47,191.00 | $34,500.53 |
| 12/11/2014 | 3007 | Wiley Rein LLP | 12/11/2014 #95 | 3220-610 | | $1,896.61 | $32,603.92 |
| 12/16/2014 | 3008 | JMRW, LLC | 2/11/2014 #40 | 3711-000 | | $1,800.00 | $30,803.92 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $93.15 | $30,710.77 |
| 01/29/2015 | 3009 | Tow & Koenig, PLLC | 1/29/2015 #103 | 3110-000 | | $11,532.10 | $19,178.67 |
| 01/29/2015 | 3010 | Tow & Koenig, PLLC | 1/29/2015 #103 | 3120-000 | | $117.36 | $19,061.31 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $51.15 | $19,010.16 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $27.70 | $18,982.46 |
| 03/10/2015 | (1) | TX Equal Access to Jus Foundation | 3/10/2015 #109--Deposit | 1129-002 | $100,000.00 | | $118,982.46 |
| 03/11/2015 | (1) | ENTRAVISION COMMUNICATIONS CORPORATION | 3/10/2015 #109-Deposit | 1129-002 | $100,000.00 | | $218,982.46 |
| 03/11/2015 | (1) | JMRW LLC | 3/10/2015 #109- Deposit | 1129-002 | $100,000.00 | | $318,982.46 |
| 03/25/2015 | (1) | TX Equal Access to Jus Foundation | 3/10/2015 #109 | 1129-000 | $232,500.00 | | $551,482.46 |

SUBTOTALS   $703,001.17   $151,518.71

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-33105-H5-7 | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- |
| Case Name: | ABLE RADIO CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8029 | | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $447.51 | $551,034.95 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $860.52 | $550,174.43 |
| 05/05/2015 | 3011 | Cooper & Scully, PC | 5/2/2015 #117 | 3210-000 | | $11,080.00 | $539,094.43 |
| 05/05/2015 | 3012 | Cooper & Scully, PC | 5/2/2015 #117 | 3220-000 | | $378.48 | $538,715.95 |
| 05/06/2015 | | Transfer To: #*********0502 | 2/25/2014 #45- Initial deposited into Ace's Bank Account | 9999-000 | | $76,000.00 | $462,715.95 |
| 05/06/2015 | | Transfer To: #*********0503 | 3/10/2015 #109 | 9999-000 | | $232,500.00 | $230,215.95 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $458.97 | $229,756.98 |
| 06/16/2015 | 3013 | The Proctor Group, Inc. | 12/03/2014 #93 | 3610-000 | | $16,625.00 | $213,131.98 |
| 06/25/2015 | 3014 | WILLIAM G. WEST, P.C. | 6/25/2015 #120 | 3410-000 | | $9,019.18 | $204,112.80 |
| 06/25/2015 | 3015 | WILLIAM G. WEST, P.C. | 6/25/2015 #120 | 3420-000 | | $96.97 | $204,015.83 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $358.79 | $203,657.04 |
| 07/28/2015 | 3016 | ENTRAVISION COMMUNICATION CORP. | 4/7/2015 #112 | 8500-002 | | $100,000.00 | $103,657.04 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $360.70 | $103,296.34 |
| 08/11/2015 | 3017 | JMRW, LLC | 4/7/2015 #112- RETURN OF EARNEST MONEY | 8500-002 | | $100,000.00 | $3,296.34 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $171.55 | $3,124.79 |
| 09/22/2015 | | Federal Communications Commission | 9/14/2015 #124- Received Approval from Diane Livingstone w/UST 9/21/2015 via e-mail. | 2990-000 | | $2,250.00 | $874.79 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $3.70 | $871.09 |
| 10/06/2015 | 3018 | International Sureties | Blanket Bond | 2300-000 | | $123.13 | $747.96 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.45 | $746.51 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.19 | $745.32 |
| 12/10/2015 | | Transfer From: #*********0503 | Transferring to Estate's Checking Account | 9999-000 | $229,982.31 | | $230,727.63 |
| 12/10/2015 | | Transfer From: #*********0502 | Transferring to Estate's Checking Account | 9999-000 | $75,177.04 | | $305,904.67 |
| 12/10/2015 | 3019 | Cooper & Scully, PC | 11/19/2015 #129 | 3210-000 | | $2,312.50 | $303,592.17 |
| 12/10/2015 | 3020 | Cooper & Scully, PC | 11/19/2015 #129 | 3220-000 | | $99.12 | $303,493.05 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $349.29 | $303,143.76 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $489.18 | $302,654.58 |
| | | | | SUBTOTALS | $305,159.35 | $553,987.23 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-33105-H5-7 | | Trustee Name: | Rodney Tow |
| Case Name: | ABLE RADIO CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8029 | | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $456.88 | $302,197.70 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $487.65 | $301,710.05 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $486.86 | $301,223.19 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $470.40 | $300,752.79 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $469.66 | $300,283.13 |
| 07/26/2016 | 3021 | Wiley Rein LLP | 12/08/2015 #131 | 3210-600 | | $84,264.00 | $216,019.13 |
| 07/26/2016 | 3022 | Wiley Rein LLP | 12/08/2015 #131 | 3220-610 | | $4,711.61 | $211,307.52 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $484.56 | $210,822.96 |
| 08/02/2016 | 3021 | STOP PAYMENT: Wiley Rein LLP | 12/08/2015 #131 | 3210-604 | | ($84,264.00) | $295,086.96 |
| 08/02/2016 | 3022 | STOP PAYMENT: Wiley Rein LLP | 12/08/2015 #131 | 3220-614 | | ($4,711.61) | $299,798.57 |
| 08/08/2016 | 3023 | Wiley Rein LLP | 12/8/2015 #131 | 3210-600 | | $37,073.00 | $262,725.57 |
| 08/08/2016 | 3024 | Wiley Rein, LLP | 12/8/2015 #131 | 3220-610 | | $2,815.00 | $259,910.57 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $463.02 | $259,447.55 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $432.17 | $259,015.38 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $391.00 | $258,624.38 |
| 11/22/2016 | 3025 | International Sureties | Bond | 2300-000 | | $86.65 | $258,537.73 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $403.87 | $258,133.86 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $416.56 | $257,717.30 |
| 01/20/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $241.47 | $257,475.83 |
| 01/20/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $257,475.83 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $302,654.58 | |

Page No: 5    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-33105-H5-7 | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- |
| Case Name: | ABLE RADIO CORPORATION | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8029 | Checking Acct #: | ******0501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 5/22/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $1,008,160.52 | $1,008,160.52 | $0.00 |
| | | | Less: Bank transfers/CDs | | $305,159.35 | $565,975.83 | |
| | | | Subtotal | | $703,001.17 | $442,184.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $703,001.17 | $442,184.69 | |

For the period of **5/22/2013** to **3/20/2018**      For the entire history of the account between **02/27/2014** to **3/20/2018**

| | | | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $403,001.17 | Total Compensable Receipts: | $403,001.17 |
| Total Non-Compensable Receipts: | $300,000.00 | Total Non-Compensable Receipts: | $300,000.00 |
| Total Comp/Non Comp Receipts: | $703,001.17 | Total Comp/Non Comp Receipts: | $703,001.17 |
| Total Internal/Transfer Receipts: | $305,159.35 | Total Internal/Transfer Receipts: | $305,159.35 |
| | | | |
| Total Compensable Disbursements: | $166,184.69 | Total Compensable Disbursements: | $166,184.69 |
| Total Non-Compensable Disbursements: | $276,000.00 | Total Non-Compensable Disbursements: | $276,000.00 |
| Total Comp/Non Comp Disbursements: | $442,184.69 | Total Comp/Non Comp Disbursements: | $442,184.69 |
| Total Internal/Transfer Disbursements: | $565,975.83 | Total Internal/Transfer Disbursements: | $565,975.83 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-33105-H5-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | ABLE RADIO CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8029 | | Checking Acct #: | ******0502 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | JMRW, LLC |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2015 | | Transfer From: #*********0501 | 2/25/2014 #45- Initial deposited into Ace's Bank Account | 9999-000 | $76,000.00 | | $76,000.00 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $102.86 | $75,897.14 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $118.52 | $75,778.62 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $130.17 | $75,648.45 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $114.19 | $75,534.26 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $117.95 | $75,416.31 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $125.62 | $75,290.69 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $113.65 | $75,177.04 |
| 12/10/2015 | | Transfer To: #*********0501 | Transferring to Estate's Checking Account | 9999-000 | | $75,177.04 | $0.00 |
| | | | **TOTALS:** | | $76,000.00 | $76,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $76,000.00 | $75,177.04 | |
| | | | **Subtotal** | | $0.00 | $822.96 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $822.96 | |

| For the period of 5/22/2013 to 3/20/2018 | | For the entire history of the account between 05/06/2015 to 3/20/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $76,000.00 | Total Internal/Transfer Receipts: | $76,000.00 |
| | | | |
| Total Compensable Disbursements: | $822.96 | Total Compensable Disbursements: | $822.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $822.96 | Total Comp/Non Comp Disbursements: | $822.96 |
| Total Internal/Transfer Disbursements: | $75,177.04 | Total Internal/Transfer Disbursements: | $75,177.04 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-33105-H5-7 | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- |
| Case Name: | ABLE RADIO CORPORATION | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8029 | | Checking Acct #: | ******0503 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | TX Equal Access to Jus Foundation |
| For Period Beginning: | 5/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/20/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/06/2015 | | Transfer From: #*********0501 | 3/10/2015 #109 | 9999-000 | $232,500.00 | | $232,500.00 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $314.67 | $232,185.33 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $362.59 | $231,822.74 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $398.22 | $231,424.52 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $349.35 | $231,075.17 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $360.85 | $230,714.32 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $384.31 | $230,330.01 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $347.70 | $229,982.31 |
| 12/10/2015 | | Transfer To: #*********0501 | Transferring to Estate's Checking Account | 9999-000 | | $229,982.31 | $0.00 |
| | | | **TOTALS:** | | $232,500.00 | $232,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $232,500.00 | $229,982.31 | |
| | | | **Subtotal** | | $0.00 | $2,517.69 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,517.69 | |

**For the period of 5/22/2013 to 3/20/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $232,500.00 |
| | |
| Total Compensable Disbursements: | $2,517.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,517.69 |
| Total Internal/Transfer Disbursements: | $229,982.31 |

**For the entire history of the account between 05/06/2015 to 3/20/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $232,500.00 |
| | |
| Total Compensable Disbursements: | $2,517.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,517.69 |
| Total Internal/Transfer Disbursements: | $229,982.31 |

Page No: 8    Exhibit 9

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 13-33105-H5-7 | |
| Case Name: | ABLE RADIO CORPORATION | |
| Primary Taxpayer ID #: | **-***8029 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 5/22/2013 | |
| For Period Ending: | 3/20/2018 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Green Bank |
| Checking Acct #: | ******0503 |
| Account Title: | TX Equal Access to Jus Foundation |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $703,001.17 | $703,001.17 | $0.00 |

| For the period of 5/22/2013 to 3/20/2018 | | For the entire history of the case between 05/22/2013 to 3/20/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $403,001.17 | Total Compensable Receipts: | $403,001.17 |
| Total Non-Compensable Receipts: | $300,000.00 | Total Non-Compensable Receipts: | $300,000.00 |
| Total Comp/Non Comp Receipts: | $703,001.17 | Total Comp/Non Comp Receipts: | $703,001.17 |
| Total Internal/Transfer Receipts: | $871,135.18 | Total Internal/Transfer Receipts: | $871,135.18 |
| | | | |
| Total Compensable Disbursements: | $427,001.17 | Total Compensable Disbursements: | $427,001.17 |
| Total Non-Compensable Disbursements: | $276,000.00 | Total Non-Compensable Disbursements: | $276,000.00 |
| Total Comp/Non Comp Disbursements: | $703,001.17 | Total Comp/Non Comp Disbursements: | $703,001.17 |
| Total Internal/Transfer Disbursements: | $871,135.18 | Total Internal/Transfer Disbursements: | $871,135.18 |

/s/ RODNEY TOW
_____

RODNEY TOW